## Commonwealth *v.* Rogers, Appellant.

Submitted September 11, 1973. *David Zwanetz,* for appellant; *Louis A. Perez, Jr., James T. Ranney,* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.